THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 15, 2016



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| IN RE: | Christy Sue Markunas and<br>Paul Richard Markunas,<br>Debtors. | Case No. 16−26952−gmh<br><br>Chapter 13 |

## ORDER CONFIRMING MODIFIED PLAN

The Debtors' modified plan was filed on 10/14/2016. The plan was transmitted to those creditors required by Federal Rule of Bankruptcy Procedure 3015, Local Rule 3015, or Order of the Court, and no objections were filed. Upon review of the plan and the entire file in this case, the Court finds that the plan meets the requirements of 11 U.S.C. §1325.

IT IS ORDERED THAT:

The Debtors' chapter 13 plan is confirmed. This order gives effect to all of the plan's terms. The following is only a partial summary of those terms.

1. Payments of $97.38 bi−weekly for 36 months.

2. The effective date of the plan is 10/14/2016.

3. The plan projects to pay each creditor with an allowed−non−priority unsecured claim (a) an amount that is the greater of (i) its pro rata share of $3,766.16; or (ii) 6% of each allowed−non−priority unsecured claim and (b) an amount that is not less than the creditor's pro rata share of one−half of the tax refunds received during the plan term.

4. The Debtors must provide copies of state and federal income tax returns to the trustee each year by April 30th of the year in which the return is due, and shall comply with any requirements of the plan regarding tax refunds.

5. The Debtors shall not borrow money, incur credit or sell or transfer property of the estate without the express written consent of the trustee or an order of this court.

6. If the Debtors are engaged in business, the Debtors shall provide periodic financial statements to the trustee.

7. Unless the court otherwise orders, all creditors with claims entitled to priority under 11 U.S.C. §507 shall be paid, in deferred cash payments, the full amount of the portion of their claim that is entitled to that priority.

#####